## THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF OHIO

Stephanie Jefferson
_____ :

Plaintiff(s),                          :         Case No: 3:25-cv-189 _____

                                       :

vs.                                    :

                                       :

Drury Hotels Company, LLC              :
_____
Defendant(s).                          :

## CITIZENSHIP DISCLOSURE STATEMENT

This Citizenship Disclosure Statement is filed on behalf of Drury Hotels Company, LLC _____

in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which

provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a

party or intervenor must, unless the court orders otherwise, file a disclosure statement that lists the

name, and identifies the citizenship of, every individual or entity whose citizenship is attributed to

that party or intervenor when the action is filed in or removed to federal court, and when any later event

occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the

following names and citizenships of every individual or entity whose citizenship is attributed to that

party or intervenor: (Attach additional pages if needed.)

Drury Hotels Company, LLC                          Missouri
_____                            _____
Individual or Entity Name                          Citizenship


_____                            _____
Individual or Entity Name                          Citizenship

_____          _____
Individual or Entity Name                Citizenship


_____          _____
Individual or Entity Name                Citizenship


     **A supplemental citizenship disclosure statement will be filed upon any change in the information provided herein.**

June 6, 2025
_____          _____
Date                                     Signature

                                         Drury Hotels Company, LLC
                                         _____
                                         Counsel For